# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

EVON ROBINSON                                                          PLAINTIFF

v.                          No. 2:25-cv-188-DPM

ZACHARY RYAN MASSEY and
THAT SOLAR COMPANY, LLC                                        DEFENDANT

## JUDGMENT

Robinson's complaint is dismissed with prejudice.   The Court retains jurisdiction until 11 April 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

_11 February 2026_

-1-